**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Chinita Washington

                            Plaintiff,

v.                                                    Case No.: 1:21−cv−06479
                                                              Honorable Robert M. Dow Jr.

American Coradius International LLC

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 28, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Rule 41(a)
(1) (A) (ii) of theFederal Rules of Civil Procedure and the stipulation of dismissal [21]
filed on 3/28/2022, this action is dismissed without prejudice, with each side to bear its
own fees and costs. If Plaintiff does not file a motion to reinstate this case within 30 days
of the filing of this stipulation, the dismissal will automatically convert to a dismissal with
prejudice, with no further action required by the Court or the Parties. Status hearing set for
3/30/2022 is stricken. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.